

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2015

No. 04-15-00097-CV

Brian **MCENERY**,
Appellant

v.

**CITY OF SAN ANTONIO** and Chief Charles N. Hood,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06603
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

The Appellant's Motion to Abate Appeal is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court